IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAWNA HESS                                                               PLAINTIFF

v.                      CASE NO.: 5:11-cv-00249KGB

CAROL ABELS, Individually, and in her
Official Capacity as an employee of the City of Stuttgart;
TOMMY LAWSON, Individually, and in his Official Capacity
as an employee of the city of Stuttgart, MARIANNE MAYNARD,
Individually, and in her Official Capacity as Mayor of the City
of Stuttgart, and THE CITY OF STUTTGART            DEFENDANTS

JUDGMENT

Pursuant to the Order entered in this matter on September 6, 2012, IT IS CONSIDERED, ORDERED, and ADJUDGED that this case be, and is hereby, DISMISSED WITH PREJUDICE. The relief sought is denied.

IT IS SO ADJUDGED this 7 day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE